U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

John P. Morrill, Jr.                    DOCKET NO. 1:06 CV 1228

                                        SECTION P

VS.                                     JUDGE DRELL

Richard Stalder, ET AL.                 MAGISTRATE JUDGE KIRK

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of _____, 2006.

                    DEE D. DRELL

                    UNITED STATES DISTRICT JUDGE